# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee


FILED
AUG 14 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 3:18-MJ-2108
**IPHONE 7 PLUS SEIZED FROM ROBERT** )
**MICHAEL FORD ON JULY 27, 2018.** )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the **Eastern** District of **Tennessee** *(identify the person or describe property to be searched and give its location)*:
**iPhone 7 Plus seized from Robert Michael Ford on July 27, 2018, more fully described in Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 18 U.S.C. § 375(c), and the application is based on these facts: **See attached Affidavit of FBI Special Agent Richard Tipton which is attached hereto and fully incorporated herein.**

☐ Continued on the attached sheet.

Delayed notice ___ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Richard Tipton, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/8/18

*Judge's signature*

City and state: Knoxville, Tennessee  H. Bruce Guyton, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

Apple iPhone 7 Plus cellular telephone, Serial Number FCFVM0GUHFXW, seized from Robert Michael Ford on July 27, 2018.

## ATTACHMENT B

## SPECIFIC ITEMS TO BE SEIZED

All of the following records and information on the devices described in Attachment A that are evidence and instrumentalities of violations of 18 U.S.C. § 875(c) by ROBERT MICHAEL FORD ("FORD"):

1. All records, files, or electronically-stored data pertaining to FORD making threats or intending to harm or threaten to harm law enforcement officers;

2. All files pertaining to FORD being institutionalized, imprisoned, or treated in a hospital or mental health facility;

3. Records of Internet Protocol addresses used by and/or accessed by the device between June 1, 2018, and July 27, 2018;

4. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

5. Records pertaining to user attribution showing who used or owned the cellular telephone at the time the things described in this warrant were created, edited, or deleted, such as posts, logs, phonebooks, saved usernames and passwords, documents, location data, and browsing history;

6. All social media posts describing threats to do harm to individuals, any photographic posts depicting or involving weapons, or where threats to do harm are suggested or projected;

7. Photographic evidence with any weapons, explosives, or other destructive or injurious devices or agents of any type;

8. All social media posts by FORD pertaining to law enforcement, criminal matters, or any civil or judicial proceedings;

9. Evidence indicating how, when, and from where FORD's Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

10. Evidence and data concerning FORD's location between June 1, 2018, and July 27, 2018, including GPS and cellular telephone tower data; and

11. Evidence indicating FORD's intentions to harm or threated to harm law enforcement officers, including efforts to locate or contact law enforcement officers, prosecutors, government facilities or judicial officials and efforts to obtain weapons, explosives, or other destructive or injurious devices or agents.